IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIM'S NO. 1, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-916 (RCL) |
| ) | |
| MICHAEL J. SULLIVAN ) | |
| Acting Director ) | |
| Bureau of Alcohol, Tobacco, ) | |
| Firearms & Explosives ) | |
| ) | |
| Defendant ) | |

**STATUS MEMORANDUM**

Pursuant to the court's order of July 10, 2007, Plaintiff, by counsel, hereby informs the court that a summons and a copy of the complaint were mailed, certified mail, return receipt requested, on or about May 17, 2007, to Defendant, to the United States Attorney for the District of Columbia, and to the Attorney General of the United States.

Plaintiff's counsel has received a return receipt from the United States Attorney for the District of Columbia showing service on May 29, 2007 and from the Attorney General of the United States Columbia showing service on May 21, 2007.  A copy of each return receipt is attached hereto.

                                                Respectfully submitted,
                                                Jim's No. 1, Inc.
                                                By counsel

                                                _____
                                                Richard E. Gardiner
                                                Suite 404
                                                10560 Main Street
                                                Fairfax, VA 22030
                                                (703) 352-7276
                                                D.C. Bar No. 386915

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
MAY 21 2007    5/21/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Alberto Gonzales
Att. General of the U.S.
U.S. Department of Justice N.W.
10th Street & Constitution Ave., N.W.
Washington, D.C. 20530

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0007 8350 4587

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
MAY 29 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Kenneth L. Wainstein
U.S. Attorney
5806 Judiciary Center Bldg.
555 4th Street, N.W.
Washington, D.C. 20001

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0007 8350 4570

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540