**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JIM'S NO. 1,  INC. | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civ. Act. No. 07-0916 (RCL)** |
| | ) | |
| MICHAEL J. SULLIVAN, | ) | |
| Acting Director | ) | |
| Bureau of Alcohol, Tobacco, Firearms, | ) | |
| & Explosives | ) | |

**\* \* \* \* \* \* \* \* \* \***

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**
**TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Federal Defendant, Michael J. Sullivan, Acting Director of the Bureau of Alcohol,

Tobacco, Firearms and Explosives, in his official capacity, respectfully moves the Court,

pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or

otherwise plead to plaintiff's complaint, until, August 4, 2007.  The answer would otherwise be

due on Monday, July 30, 2007.  This is Defendant's first request for an extension.  Counsel for

the Plaintiff has been contacted pursuant to LCvR 7(m) and has consented to this motion.

Plaintiff has brought this as an action in the nature of mandamus to compel the Defendant to act

upon an application for a gun license, pursuant to 18 U.S.C. § 923(d)(2).  Since the filing of this

action, Defendant has issued Plaintiff the requested license and the matter is now moot.

Accordingly, Defendant is requesting an extension of time until August 7, 2007, to allow

Plaintiff to file a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 (a)

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JIM'S NO. 1, INC. | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **Civ. Act. No. 07-0916 (RCL)** |
| | ) |
| MICHAEL J. SULLIVAN, | ) |
| Acting Director | ) |
| Bureau of Alcohol, Tobacco, Firearms, | ) |
| & Explosives | ) |

<u>**PROPOSED ORDER**</u>

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time To file

its' Answer up to August 7, 2007, and the entire record herein, it is this _____ day of

_____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED.


_____
**UNITED STATES DISTRICT JUDGE**