IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JIM'S NO. 1, INC.                    )
                                     )
        Plaintiff                    )
                                     )
             v.                      )      Civil Action No. 07-916 (RCL)
                                     )
MICHAEL J. SULLIVAN                  )
Acting Director                      )
Bureau of Alcohol, Tobacco,          )
Firearms & Explosives                )
                                     )
        Defendant                    )

**NOTICE OF DISMISSAL**

COMES NOW Plaintiff, by counsel, and notifies the court, pursuant to Rule 41(a)(1)(i), that it is dismissing this matter.  This matter may be dismissed as Defendant has not served an answer or a motion for summary judgment.


                              Respectfully submitted,
                              Jim's No. 1, Inc.
                              By counsel


                              /s/_____
                              Richard E. Gardiner
                              Suite 404
                              10560 Main Street
                              Fairfax, VA 22030
                              (703) 352-7276
                              D.C. Bar No. 386915